IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **BLUE MACELLARI,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil No. **05-4161-JPG** |
| | ) |
| **RUSTY CARROLL,** | ) |
| **R2C2, INC., and** | ) |
| **DIGITALSMITHS CORPORATION,** | ) |
| | ) |
| Defendants. | ) |

### **ORDER**

**PROUD, Magistrate Judge:**

Upon consideration and for good cause shown, plaintiff's Consent Motion for Extension of Time **(Doc. 22)** is **GRANTED**.

Plaintiff is granted additional time, up to and including **January 15, 2006**, in which to respond to the pending motion to dismiss.

**IT IS SO ORDERED.**

**DATE:  December 9, 2005.**

                                                        s/ Clifford J. Proud
                                                        **CLIFFORD J. PROUD**
                                                        **UNITED STATES MAGISTRATE JUDGE**