# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| BLUE MACELLARI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 05-4161-JPG |
| | ) | |
| RUSTY CARROLL, R2C2, | ) | |
| INCORPORATED, and | ) | |
| DIGITALSMITHS CORPORATION, | ) | |
| | ) | |
| Defendants. | ) | |

## JUDGMENT

**Decision by Court.**  This matter having come before the Court on the parties' stipulation of dismissal, and the Court having rendered its decision,

**IT IS ORDERED AND ADJUDGED** that all of plaintiff Blue Macellari's claims against Defendants, Rusty Carroll, R2C2, Incorporated and Digitalsmiths Corporation in this case, are hereby **DISMISSED with prejudice**.

**DATE: January 12, 2006.**

**NORBERT G. JAWORSKI, CLERK**

**By:s/Deborah Agans, Deputy Clerk**

**APPROVED:   /s/ J. Phil Gilbert**
               **J. PHIL GILBERT**
               **U.S. District Judge**